# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: January 9, 2019

| | |
|---|---|
| * * * * * * * * * * * * * * | |
| SCOTT V. BARTKUS, *Administrator of the* *Estate of* LAWRENCE A. MARRA, JR., *Deceased.* | UNPUBLISHED |
| | No. 15-261V |
| | Special Master Gowen |
| Petitioner, | |
| v. | Attorneys' Fees and Costs; Interim; Denial. |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |
| * * * * * * * * * * * * * * | |

Lawrence R. Cohan, Anapol Weiss, Philadelphia, PA, for petitioner.
Lisa Ann Watts, U.S. Department of Justice, Washington, D.C., for respondent.

## DECISION DENYING MOTION FOR INTERIM FEES AND COSTS

On September 11, 2018, petitioner filed a motion for interim attorneys' fees and costs, after the parties had agreed to a tentative settlement and while the parties were in the 15-week stipulation process. Motion for Interim Attorney's Fees and Costs, ECF No. 71.

On October 29, 2018, I issued a decision on stipulation awarding petitioner compensation. Decision of Special Master on Stipulation, ECF No. 75.

As petitioner's motion for interim fees and costs was filed during the 15-week stipulation process and the entitlement portion of the case has since concluded, it is more appropriate for petitioner to request reimbursement as a final motion for interim fees and costs.

Accordingly, petitioner's Motion for Interim Attorney's Fees and Costs is **DENIED** with leave to file a final motion for attorneys' fees and costs.

Any questions about this Order or other aspects of this case may be directed to my law clerk, Kathryn Le, at (202) 357-6361 or kathryn_le@cfc.uscourts.gov.

**IT IS SO ORDERED.**

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master